IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02022-WYD-MJW

HIGHLINE CAPITAL CORP.,

Plaintiff,

v.

MANSOUR TAFAZOLI, M.D., INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Unopposed Motion to Vacate Scheduling/Planning Conference and Deadlines Set in Order Setting Scheduling/Planning Conference Dated October 30, 2006 (Docket No. 19), is granted. Accordingly, the Rule 16 Scheduling/Planning Conference set for January 12, 2006, at 9:30 a.m. is VACATED.

Date: January 9, 2006