IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02022-WYD-MJW

HIGHLINE CAPITAL CORP, a Delaware corporation,

    Plaintiff,

v.

MANSOUR TAFAZOLI, M.D., INC., d/b/a OPEN MRI, a California corporation; and MANSOUR TAFAZOLI,

    Defendants.

## ORDER

THIS MATTER is before the Court on the parties' Stipulated Motion to Stay Litigation (filed January 5, 2007).  The Stipulation seeks a stay of the case until the earlier of September 3, 2007 or the date on which Highline files the Confession of Judgment executed by the Defendants with the Court, pursuant to a settlement between the parties.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case stayed.  Accordingly, it is

ORDERED that the Stipulation to Stay Litigation is **GRANTED** and this matter is **STAYED** until the earlier of September 3, 2007 or the date on which Highline files the Confession of Judgment executed by the Defendants with the Court.  It is

FURTHER ORDERED that the hearing on the Motion for Default Judgment currently scheduled for March, 16, 2007, is **VACATED**.  It is

FURTHER ORDERED that the parties shall file a status report to the Court on or before **Monday, September 3, 2006.**

Dated: January 11, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge