IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02022-WYD-MJW

HIGHLINE CAPITAL CORP, a Delaware corporation,

     Plaintiff,

v.

MANSOUR TAFAZOLI, M.D., INC., d/b/a OPEN MRI, a California corporation; and
MANSOUR TAFAZOLI,

     Defendants.

---

**ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     This case has been stayed until September 3, 2007, or when a Confession of
Judgment is filed pursuant to a settlement between the parties.  All pending motions,
including the Motion to Enter Clerk's Default Against Mansour Tafazoli (docket # 12),
the Motion to Enter Clerk's Default Against Mansour Tafazoli, M.D., Inc. D/B/A Open
MRI (# 13), the Motion to Enter Judgment by Default Against Mansour Tafazoli (# 16)
and the Motion to Enter Judgment by Default Against Mansour Tafazoli, M.D., Inc. d/b/a
Open MRI (# 17) are **DENIED AS MOOT**.

     Dated:  April 4, 2007