IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02022-WYD-MJW

HIGHLINE CAPITAL CORP, a Delaware corporation,

    Plaintiff,

v.

MANSOUR TAFAZOLI, M.D., INC., d/b/a OPEN MRI, a California corporation; and MANSOUR TAFAZOLI,

    Defendants.

---

**ORDER**

---

    THIS MATTER, having come before the Court on the parties' Stipulated Motion for Dismissal Without Prejudice, and the Court being sufficiently advised, hereby

    ORDERS that this case is **DISMISSED WITHOUT PREJUDICE**.

    Dated:  September 4, 2007

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge